U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Central States, Southeast and Southwest Areas Pension Fund,
and Howard McDougall, Trustee, (Plaintiffs),
v.
Whatever, Inc., an Illinois corporation, (Defendant).

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

07CV6666
JUDGE MANNING
MAG. JUDGE DENLOW

| NAME (Type or print) |
| --- |
| John J. Franczyk, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ John J. Franczyk, Jr. |

| FIRM |
| --- |
| Central States Law Department |

| STREET ADDRESS |
| --- |
| 9377 W. Higgins Road, 10th Floor |

| CITY/STATE/ZIP |
| --- |
| Rosemont, IL  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06224947 | (847) 518-9800, Ext. 3464 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

FILED
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT