AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Whatever, Inc., an Illinois corporation,
(Defendant).

07CV6666
JUDGE MANNING
MAG. JUDGE DENLOW

TO: (Name and address of Defendant)

Whatever, Inc.
c/o Mark Richard Reiss - Registered Agent
954 Bend Road
Dixon IL 61021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy C. Reuter, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 27 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  January 2, 2008 |
| NAME OF SERVER (PRINT)  Jared Yater | TITLE  Corporal - Civil Process Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: __Kristi Reiss__

☐ Returned unexecuted: _____

☐ Other (specify): __Our agency has had the documents since 11-29-07. Difficult to serve Mark Reiss. He had been on vacation. Wife requested to accept on his behalf.__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $1.00 | $20.00 | $21.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __01-02-08__      ___[Signature]___
        Date                          Signature of Server

                     __306 S. Hennepin Ave., Dixon, Illinois 61021__
                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.