# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6666 ) |
| v. | ) Judge Manning ) |
| WHATEVER, INC., an Illinois corporation, | ) Magistrate Judge Denlow ) ) |
| Defendant. | ) |

## AFFIDAVIT OF TIMOTHY REUTER

State of Illinois )
            ) SS
County of Cook )

I, Timothy Reuter, having been fully sworn on oath, depose and state as follows:

1.   I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund (hereinafter referred to as the "Fund") and I am familiar with the pending litigation.

2.   I have reviewed Central States billing records (attached as Exhibit 1 to this affidavit) and have determined that the work performed in connection with this case was performed by myself (TCR), and Deborah Bolden (DRB) paralegal. I was admitted to the bar of the State of Illinois on May 8, 2003.

3. I believe that a reasonable rate for the aforementioned services is $150.00 per hour for work performed by myself. I believe a reasonable rate for the aforementioned services is $90.00 per hour for work performed by Deborah Bolden. On that basis, the total of legal fees incurred in this matter is $510.00 (3.1 hours x $150.00 per hour for myself, and .5 hours x $90.00 per hour for Deborah Bolden).

4. The Fund has also incurred the following costs (detailed in Exhibit 1 to this affidavit) in connection with this litigation:

      Costs                $350.00

5. I believe that the aforementioned costs were necessarily incurred and are reasonable in amount.

| | |
|---|---|
| Attorney Fees | $ 510.00 |
| Costs | $ 350.00 |
| TOTAL | $860.00 |

Further Affiant Sayeth Not.

_____
Timothy C. Reuter

Subscribed and sworn to before me,
a Notary Public, this __7th__
day of __FEBRUARY__, 2008.

_____
Notary Public

Official Seal
[illegible] Hampton
Notary Public State of Illinois
My Commission Expires [illegible]

# Exhibit 1

2/5/2008  
12:40 PM

Central States Funds  
Pre-bill Worksheet

Page 1

## Selection Criteria

| Cont.Selection | Include: 07411503 |
|---|---|

Nickname   07411503 | Whatever, Inc I  
Full Name  Whatever, Inc II  
Address    07411503  
           WLL  
           2

Phone 1                              Phone 2  
Phone 3                              Phone 4  
In Ref To

| Date / ID | Attorney / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 11/27/2007 170901 | TCR Activity Review file; file Complaint. | 150.00 | 1.80 | 270.00 | Billable |
| 11/28/2007 170557 | DRB Activity Prepare cover letter to Lee County Sheriff's office for service of summons and complaint; prepare overnight mail. | 90.00 | 0.50 | 45.00 | Billable |
| 1/3/2008 171017 | TCR Activity Check on service. | 150.00 | 0.80 | 120.00 | Billable |
| 1/8/2008 171048 | TCR Activity File Return of Service. | 150.00 | 0.50 | 75.00 | Billable |
| TOTAL | Billable Fees | | 3.60 | | $510.00 |

| Date / ID | Attorney / Expense | Price / Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 11/27/2007 169298 | TCR Expenses Clerk of the Court, U.S. District Court, Northern District of Illinois Complaint filing fee. | 350.00 | 1.000 | 350.00 | Billable |
| TOTAL | Billable Costs | | | | $350.00 |

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $510.00 |
| Total of Costs (Expense Charges) | | $350.00 |

2/5/2008            Central States Funds
12:40 PM           Pre-bill Worksheet           Page    2

07411503:Whatever, Inc II (continued)

|  | Amount | Total |
|---|---|---|
| Total new charges |  | $860.00 |
| Total New Balance |  | $860.00 |