**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6666 |
| v. | ) ) Judge Manning |
| WHATEVER, INC., an Illinois corporation, | ) Magistrate Judge Denlow ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:    Whatever, Inc.
       c/o Mark Richard Reiss
       954 Bend Road
       Dixon, Illinois  61021

        PLEASE TAKE NOTICE that on Tuesday, February 12, 2008 at  the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Manning, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present Plaintiffs' Motion for Entry of Judgment by Default.

                        Respectfully submitted,


                        /s/ Timothy C. Reuter
                        Timothy C. Reuter

## CERTIFICATE OF SERVICE

I, Timothy C. Reuter, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Funds, certify that I served the foregoing Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment on Defendant by mailing said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment to:

> Whatever, Inc.
> c/o Mark Richard Reiss
> 954 Bend Road
> Dixon, Illinois  61021

Said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment was sent via UPS overnight delivery, tracking number 1Z 395 1X9 22 1010 5711, from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 7th day of February, 2008.

/s/ Timothy C. Reuter
Timothy C. Reuter
One of Central States' Attorneys

F:252560 / 07411503 / 2/7/08