AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS**

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Whatever, Inc., an Illinois corporation,
(Defendant).

CASE NUMBER: **07 C 6666**

ASSIGNED JUDGE: **JUDGE MANNING**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Whatever, Inc.
c/o Mark Richard Reiss - Registered Agent
954 Bend Road
Dixon IL  61021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy C. Reuter, Esq.
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: **FEB 2 6 2008**

Civil Process
**AFFIDAVIT**
Lee County Sheriff's Department
316 S. Hennepin Avenue
Dixon, IL. 61021



**I certify I have served the attached paper on the respondent as follows:**

**XXX** (A) PERSONAL SERVICE: By leaving a copy of the summons/complaint with the respondent.

(B) SUBSTITUTE SERVICE: By leaving a copy of the summons/complaint at the abode below with a person of age 13 years old or older and a resident, informing said person of the contents. A copy of the summons was also mailed to the respondent at his/her usual place of abode on Date:

(C) CORPORATION: By leaving a copy of the summons/complaint with the Registered Agent, Officer, or Agent of each defendant corporation as indicated below.

(D) POSTED

Name of respondent: **Mark Richard Riess**  Case# **07C6666**
RA Whatever INC
If other than respondent, served on: **same**

Person Served: Sex **male**   Race **white**   Age/DOB

Service/Posted Date: **3/8/2008**   Time: **10:40am**

Location of Service: **Whatever Trucking, Rt. 26, Dixon, IL.**

Additional Remarks:

(E) REASON RESPONDENT WAS NOT SERVED:

Moved                      No such address
Returned Per Attorney
Unable to locate           **Todays Date:**
Other:
**PLEASE NOTE NEW ADDRESS:**

Sheriff Fees: Service:     Return:          Miles at $1 a mile
                                            Total:

John Varga
Sheriff Of Lee County     By:        Yater