# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6666 ) |
| v. | ) Judge Manning ) |
| WHATEVER, INC., an Illinois corporation, | ) Magistrate Judge Denlow ) ) |
| Defendant. | ) |

## AFFIDAVIT OF TIMOTHY REUTER

State of Illinois   )
                    ) SS
County of Cook      )

I, Timothy Reuter, having been fully sworn on oath, depose and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund (hereinafter referred to as the "Fund") and I am familiar with the pending litigation.

2. I have reviewed Central States billing records (attached as Exhibit 1 to this affidavit) and have determined that the work performed in connection with this case was performed by myself (TCR), and Deborah Bolden (DRB) paralegal. I was admitted to the bar of the State of Illinois on May 8, 2003.

3. I believe that a reasonable rate for the aforementioned services is $150.00 per hour for work performed by myself. I believe a reasonable rate for the aforementioned services is $90.00 per hour for work performed by Deborah Bolden. On that basis, the total of legal fees incurred in this matter is $510.00 (3.1 hours x $150.00 per hour for myself, and .5 hours x $90.00 per hour for Deborah Bolden).

4. The Fund has also incurred the following costs (detailed in Exhibit 1 to this affidavit) in connection with this litigation:

Costs        $350.00

5. I believe that the aforementioned costs were necessarily incurred and are reasonable in amount.

| | |
|---|---|
| Attorney Fees | $ 510.00 |
| Costs | $ 350.00 |
| TOTAL | $860.00 |

Further Affiant Sayeth Not.

_____
Timothy C. Reuter

Subscribed and sworn to before me,
a Notary Public, this ___7th___
day of __FEBRUARY__, 2008.

_____
Notary Public

[Notary Seal: Official Seal / Notary Public State of Illinois / My Commission Expires]

# Exhibit 1

| 2/5/2008 | Central States Funds | |
|---|---|---|
| 12:40 PM | Pre-bill Worksheet | Page 1 |

---

### Selection Criteria

Cont.Selection    Include: 07411503

---

| | |
|---|---|
| Nickname | 07411503 | Whatever, Inc I |
| Full Name | Whatever, Inc II |
| Address | 07411503 |
| | WLL |
| | 2 |

Phone 1                                          Phone 2
Phone 3                                          Phone 4
In Ref To

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/27/2007 | TCR | 150.00 | 1.80 | 270.00 | Billable |
| 170901 | Activity | | | | |
| | Review file; file Complaint. | | | | |
| 11/28/2007 | DRB | 90.00 | 0.50 | 45.00 | Billable |
| 170557 | Activity | | | | |
| | Prepare cover letter to Lee County Sheriff's office for service of summons and complaint; prepare overnight mail. | | | | |
| 1/3/2008 | TCR | 150.00 | 0.80 | 120.00 | Billable |
| 171017 | Activity | | | | |
| | Check on service. | | | | |
| 1/8/2008 | TCR | 150.00 | 0.50 | 75.00 | Billable |
| 171048 | Activity | | | | |
| | File Return of Service. | | | | |
| TOTAL | Billable Fees | | 3.60 | | $510.00 |

| Date | Attorney | Price | Quantity | Amount | Total |
|---|---|---|---|---|---|
| ID | Expense | Markup % | | | |
| 11/27/2007 | TCR | 350.00 | 1.000 | 350.00 | Billable |
| 169298 | Expenses | | | | |
| | Clerk of the Court, U.S. District Court, Northern District of Illinois Complaint filing fee. | | | | |
| TOTAL | Billable Costs | | | | $350.00 |

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $510.00 |
| Total of Costs (Expense Charges) | | $350.00 |

| | | |
|---|---|---|
| 2/5/2008 | Central States Funds | |
| 12:40 PM | Pre-bill Worksheet | Page 2 |

07411503:Whatever, Inc II (continued)

| | Amount | Total |
|---|---|---|
| Total new charges | | $860.00 |
| Total New Balance | | $860.00 |