**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6666 ) |
| v. | ) Judge Manning ) |
| WHATEVER, INC., an Illinois corporation, | ) Magistrate Judge Denlow ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Whatever, Inc.
   c/o Mark Richard Reiss
   954 Bend Road
   Dixon, Illinois  61021

   PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Manning, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present Plaintiffs' Motion for Entry of Judgment by Default.

                                                                Respectfully submitted,


                                                                /s/ Timothy C. Reuter
                                                                Timothy C. Reuter

F:252560 / 07411503 / 4/10/08

## **CERTIFICATE OF SERVICE**

I, Timothy C. Reuter, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Funds, certify that I served the foregoing Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment on Defendant by mailing said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment to:

>Whatever, Inc.
>c/o Mark Richard Reiss
>954 Bend Road
>Dixon, Illinois  61021

Said Notice of Motion and Plaintiff's Motion for Entry of Default and Default Judgment was sent via UPS overnight delivery, tracking number 1Z 395 1X9 01 9011 9015, from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 10th day of April, 2008.

>/s/ Timothy C. Reuter
>Timothy C. Reuter
>One of Central States' Attorneys