## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

| | |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br>Whatever Inc<br><br>Defendant. | Case No.:<br>1:07−cv−06666<br><br>Honorable Blanche M. Manning |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Plaintiffs' motion for default judgment [17] is granted. Judgment is entered in favor of plaintiffs and against defendant in the total amount of $262,841.58. The court retains jurisdiction to enforce the terms of the order. Enter Judgment Order. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.