### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND ) <br> SOUTHWEST AREAS PENSION FUND, ) <br> and HOWARD McDOUGALL, Trustee, ) <br>    ) <br>             Plaintiffs,  ) <br>    ) <br>         v.   ) <br>    ) <br> WHATEVER, INC., ) <br> an Illinois corporation, ) <br>    ) <br>            Defendant. ) | Case No.  **07 C 6666** <br><br> Judge Manning |

### MOTION FOR RELEASE OF FUNDS

NOW COME the Plaintiffs, through their attorneys and move this Court for an Order directing First National Bank In Amboy, to release certain funds to Plaintiffs.  In support thereof, Plaintiffs state:

1.	On May 28, 2008, the Clerk of this Court issued a garnishment summons to First National Bank In Amboy, Garnishee-Defendant.

2.	First National Bank In Amboy was served with a Garnishment Summons (non-wage), Affidavit for Garnishment (non-wage) and Interrogatories to Garnishee by the Lee County Sheriff on June 9, 2008.

3.	At the time of service, First National Bank In Amboy had on deposit $193.81 in the name of the judgment debtor.  Attached hereto as Exhibit A is First National Bank In Amboy's Answers to Interrogatories.

WHEREFORE, Plaintiffs respectfully request this Court to order the First National

Bank In Amboy to release $193.81 to Plaintiffs by mailing a check made payable to Central States, Southeast and Southwest Areas Pension Fund to the following address:

>Central States Law Department
>9377 West Higgins Road
>Rosemont, Illinois 60018-4938
>Attention: Timothy C. Reuter

>Respectfully submitted,

>/s/ Timothy C. Reuter
>Timothy C. Reuter
>Attorney for Plaintiffs Central States,
>Southeast & Southwest Areas Pension Fund
>9377 W. Higgins Road
>Rosemont, IL 60018
June  19, 2008  (847) 518-9800 extension 3481

## CERTIFICATE OF SERVICE

I, Timothy C. Reuter, one of the attorneys for Central States, Southeast and Southwest Areas Pension Fund, certify that I served the foregoing Plaintiffs' Motion For Release of Funds to:

Whatever, Inc.
c/o Mark Richard Reiss
954 Bend Road
Dixon, Illinois  61021


First National Bank In Amboy
220 E. Main Street
Amboy, IL 61310

Said Motion was sent via first class U.S. Mail to the parties denoted above from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938  this 19th day of June, 2008.

/s/ Timothy C. Reuter
Timothy C. Reuter
One of Central States' Attorneys