**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) |
| Plaintiffs, | ) Case No. 07 C 6666 |
| v. | ) Judge Manning |
| WHATEVER, INC., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Whatever, Inc.
c/o Mark Richard Reiss
954 Bend Road
Dixon, Illinois  61021

PLEASE TAKE NOTICE that on Thursday, June 26, 2008 at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge Manning, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in her stead, and present Plaintiffs' Motion for Release of Funds.

Respectfully submitted,

/s/ Timothy C. Reuter
Timothy C. Reuter

F:265579 / 07411503 / 6/19/08

## CERTIFICATE OF SERVICE

I, Timothy C. Reuter, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Funds, certify that I served the foregoing Notice of Motion and Plaintiff's Motion for Release Of Funds on Defendant by mailing said Notice of Motion and Plaintiff's Motion for Release of Funds to:

> Whatever, Inc.
> c/o Mark Richard Reiss
> 954 Bend Road
> Dixon, Illinois  61021

Said Notice of Motion and Plaintiff's Motion for Release of Funds was mailed by first class mail U.S. Postal Service, from 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 19th day of June, 2008.

/s/ Timothy C. Reuter
Timothy C. Reuter
One of Central States' Attorneys