

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6666 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Central States, SE & SW Area PenFd, et al. Vs. Whatever, Inc. | | |



Plaintiffs' motion for release of funds [24] is granted. First National Bank In Amboy shall release $193.81 to plaintiffs within 14 days of the entry of this order. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04



| | | Courtroom Deputy Initials: | rs |
|---|---|---|---|