

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WHATEVER, INC.,<br>an Illinois corporation,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.  07 C 6666<br>)<br>)   Judge Manning<br>)<br>)<br>)<br>)<br>) |

### ORDER

IT IS HEREBY ORDERED that the First National Bank In Amboy release $193.81 to Plaintiffs by mailing a check in said amount made payable to Central States, Southeast and Southwest Areas Pension Funds to the following address within 14 days of the entry of this Order:

　　　　　　　　Central States Law Department
　　　　　　　　Attention: Timothy C. Reuter
　　　　　　　　9377 W. Higgins Road
　　　　　　　　Rosemont, IL  60018-5123

_6/26/2008_
Date

_Blanche M. Manning_
United States District Judge

F:265620 / 07411503 / 6/19/08